NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSEPH T. DE GREGORIO, JR.,

       Petitioner,

v.                                  Case No.  2D18-3188

BILL FURST as Property Appraiser of
Sarasota County, Florida; BARBARA
FORD-COATES as Sarasota County
Tax Collector; KAREN E. RUSHING as
Clerk of the Circuit Court of Sarasota
County Florida; MTAG as custodian for
MGD-F LL,

       Respondents.

_____

Opinion filed October 23, 2019.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Sarasota
County; Hunter W. Carroll, Judge.

Joseph De Gregorio, pro se.

J. Geoffrey Pflunger, Jason A.
Lessinger, Anthony Manganiello, III and
Mark C. Dungan of Icard, Merrill, Cullis,
Timm, Furen & Ginsburg, P.A.,
Sarasota, for Respondent, Bill Furst.

PER CURIAM.

       Affirmed.

NORTHCUTT, LUCAS, and BADALAMENTI, JJ., Concur.